HERBERT GRANOFF, Appellant, v. HENRY PRODUCTS COMPANY, Respondent.—

Defendants do not seek affirmative relief, and the rights of third parties are not involved. Under these circumstances, plaintiff has a right to discontinue the action at any time upon payment of costs. (*Matter of Butler*, 101 N. Y. 307; *Piedmont Hotel Co.* v. *Nettleton Co.*, 241 App. Div. 562.) Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur. [See *post*, p. 799.]